IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| PAUL PAHL and AMANDA PAHL, | * | |
| Plaintiffs, | * | |
| vs. | * | CASE NO. 4:08-CV-112 (CDL) |
| KING DAVID ROBINSON, | * | |
| Defendant. | * | |
| | * | |

O R D E R

Below are the rulings on Defendant's Amended Objections to Plaintiffs' Deposition Designations (Doc. 116).[1]

| Designation | Objection | Ruling |
|---|---|---|
| Aaron Bordeau[2] - 11:13-20 | Unresponsive | Overruled |
| Tyler Morris[3] - 11:13-21 | Unresponsive | Overruled |
| Tyler Morris - 16:5-16:24 | Unresponsive | Overruled |
| Tyler Morris - 16:25-17:11 | Hearsay[4] | Sustained |
| Tyler Morris - 17:12-13 | Unresponsive | Overruled |

---

[1]The following depositions will not be read/played at trial: (1) Dr. Alluri Raju; (2) Thomas Buff; (3) Samantha Wessner; and (4) Paul Hanover. The parties had no objections to the deposition designations of John Cox.

[2]The parties took a trial deposition of Mr. Bordeau. Any objections not made on the record were waived.

[3]The parties took a trial deposition of Mr. Morris. Any objections not made on the record were waived.

[4]Although Plaintiffs contend that Defendant's hearsay objection was untimely raised in the record, the Court finds otherwise.

1

| Designation | Objection | Ruling |
|---|---|---|
| Tyler Morris - 31:8-23 | Argumentative[5] | Overruled |
| Larry Stages[6] - 10:5-9 | Speculative | Withdrawn by Plaintiffs |
| Larry Stages - 10:10-15 | Speculative[7] | Overruled |
| Larry Stages - 13:24-14:18 | Speculative | Overruled |
| Larry Stages - 15:10-13 | Leading | Withdrawn by Plaintiffs |
| Larry Stages - 15:18-23 | Improper Opinion[8] | Overruled |
| Larry Stages - 18:11-27:21 | Speculative | Overruled |
| Larry Stages - 43:24-44:21 | Leading[9] | Overruled |
| Larry Stages - 44:22-25 | Leading | Withdrawn by Plaintiffs |
| Larry Stages - 45:1-45:6 | Leading[10] | Overruled |
| Joseph Ceravolo[11] - 17:22-20:25 | Irrelevant | Overruled |

---

[5]Defendant also objected on relevancy grounds. However, Defendant did not preserve this objection on the record. Therefore, Defendant waived this objection.

[6]The parties took a trial deposition of Mr. Stages. Any objections not made on the record were waived.

[7]Defendant did not preserve his speculation objection on the record. Therefore, Defendant waived this objection.

[8]Defendant did not preserve his improper opinion objection on the record. Therefore, Defendant waived this objection.

[9]Defendant did not preserve his leading objection on the record. Therefore, Defendant waived this objection.

[10]Defendant did not preserve his leading objection on the record. Therefore, Defendant waived this objection.

[11]The parties took a trial deposition of Dr. Ceravolo. Any objections not made on the record were waived.

| Designation | Objection | Ruling |
|---|---|---|
| Joseph Ceravolo - 28:24 | Misleading | Overruled but with Caveat[12] |
| Joseph Ceravolo - 39:21-41:15 | Speculative[13] | Overruled |
| Joseph Ceravolo - 51:5-21 | Legal Conclusion[14] | Overruled |
| Joseph Ceravolo - 51:22-52:7 | Legal Conclusion | Withdrawn by Plaintiffs |
| Sean Collinsworth[15] - 9:8-20 | Irrelevant | Withdrawn by Plaintiffs |
| Sean Collinsworth - 32:7-33:19 | Improper Opinion[16] | Overruled |
| Sean Collinsworth - 33:20-34:5 | Improper Opinion | Sustained |
| Sean Collinsworth - 88:20-89:5 | Irrelevant | Overruled |
| Sean Collinsworth - 89:6-17 | Irrelevant | Withdrawn by Plaintiffs |
| Sean Collinsworth - 89:18-90:3 | Irrelevant[17] | Sustained |
| Sean Collinsworth - 99:9-20 | Improper Opinion | Overruled |
| Sean Collinsworth - 106:22-107:2 | Improper Opinion | Overruled |
| Sean Collinsworth - 107:17-108:2 | Improper Opinion | Overruled |
| Sean Collinsworth - 108:13-109:1 | Improper Opinion | Overruled |

---

[12]If the trial deposition contains the word "complained," then this line of questioning/testimony is excluded.

[13]Defendant did not preserve his speculation objection on the record. Therefore, Defendant waived this objection.

[14]Defendant did not preserve his legal opinion/conclusion objection on the record. Therefore, Defendant waived this objection.

[15]The parties took a discovery deposition of Mr. Collinsworth. The parties had no obligation to put objections (other than to form/responsiveness) on the record.

[16]Defendant also made an objection on the grounds that the testimony was unresponsive. Defendant did not preserve this objection on the record. Therefore, this objection was waived.

[17]Plaintiffs object to Defendant's deposition designation at 89:18-90:3 on the grounds that the line of questioning/testimony is irrelevant to the case.

| Designation | Objection | Ruling |
|---|---|---|
| Sean Collinsworth - 110:17-112:2 | Irrelevant | Sustained |
| Sean Collinsworth - 113:3-7 | Irrelevant | Withdrawn by Plaintiffs |
| Sean Collinsworth - 113:8-24 | Irrelevant | Overruled |

IT IS SO ORDERED, this 1st day of September, 2009.

                                        S/Clay D. Land
                                              CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE